

**| Respond to Selected Documents |**      **Sort by date:** Descending Ascending

**Display options:** All Entries

**05/19/2026**

**Affidavit Filed**
Server Return of Travelers by PPS.
  **Filed By:** KRYSTAL GAGE
  **On Behalf Of:** THOMAS CHAU, KELLY HUYNH
**Agent Served**
Document ID - 26-SMCC-7083; Served To - TRAVELERS PERSONAL INSURANCE COMPANY; Served Date - 05/19/2026; Served Time - 00:00:00; Service Type - SP; Reason Description - SERV; Service Text -

**05/15/2026**

**Summons Issued-Circuit**
Document ID: 26-SMCC-7083, for TRAVELERS PERSONAL INSURANCE COMPANY Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.
**Filing Info Sheet eFiling**

  **Filed By:** KRYSTAL GAGE
**Motion Special Process Server**
MOTION SPECIAL PROCESS SERVER.
  **Filed By:** KRYSTAL GAGE
  **On Behalf Of:** THOMAS CHAU, KELLY HUYNH
**Pet Filed in Circuit Ct**
PETITION FOR DAMAGES; EXHIBIT 1.
  **Filed By:** KRYSTAL GAGE
  **On Behalf Of:** THOMAS CHAU, KELLY HUYNH

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**26SL-CC03797**

## IN THE CIRCUIT COURT OF THE COUNTY OF SAINT LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| THOMAS CHAU AND | ) |
| KELLY HUYNH | ) CAUSE NO. |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) |
| TRAVELERS PERSONAL | ) |
| INSURANCE COMPANY | ) |
| **Defendant.** | ) |

**SERVE:**
Travelers Personal Insurance Company,
through its registered agent,
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, Missouri 65101

### PLAINTIFFS' PETITION FOR DAMAGES

**COME NOW,** through undersigned counsel, Plaintiffs, **Thomas Chau and Kelly Huynh** (hereinafter "Plaintiffs"), and file their Petition for Damages against Defendant, **Travelers Personal Insurance Company** (hereinafter "Defendant" or "Travelers"), respectfully averring as follows:

### I. PARTIES

1. Made Plaintiffs herein are Thomas Chau and Kelly Huynh, persons of the age of majority residing in Covina, County of Los Angeles, California. The location of the property owned by Plaintiffs and at issue in this suit is at 8006 Orlando Drive, Clayton, Missouri 63105-2543.

2. Made Defendant herein is Travelers Personal Insurance Company, a foreign insurance company doing business in the State of Missouri. Defendant conducts a systematic and routine business in the State of Missouri, including in Saint Louis County, and is subject to the long arm statutes of Missouri. Defendant Travelers may be served through its registered agent CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, Missouri, 65101.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

## II. JURISDICTION AND VENUE

3. Jurisdiction of this matter is proper in that the subject matter is within the jurisdictional requirements of this Court, set forth in RSMo. § 506.500.

4. Venue is proper in Saint Louis City, Missouri pursuant to RSMo. § 508.010.4, in that Plaintiffs were first harmed in Saint Louis County, Missouri by the conduct of Defendant and the property at issue is located in Saint Louis County, Missouri.

## III. RELEVANT FACTS

5. At all times relevant hereto, Plaintiffs owned the property located at 8006 Orlando Drive, Clayton Missouri 63105-2543 (the "Property").

6. At all times relevant hereto, Defendant provided a policy of insurance, number 615477732 653 1 (the "Policy"), to Plaintiffs which covered the Property against various perils, including wind and hail, and provided the following coverages: $762,000.00 for Dwelling; $76,200.00 for Other Structures; $2,057.00 for Personal Property. A true and correct copy of the Subject Policy, including all relevant forms, endorsements, and the declarations page, is attached hereto as Exhibit 1 and incorporated herein by reference.

7. On or around May 16, 2025, a storm caused significant damages to Plaintiffs' Property.

8. Plaintiffs promptly reported the loss to Travelers, who assigned it claim number JDC4786 (the "Claim").

9. Defendant inspected the Property and documented damages to the dwelling and other structures, but after over-depreciating the loss and applying the Policy's deductible, allowed no funds to Plaintiffs despite their substantial dwelling losses.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

10. Defendant's inspection of the Property constituted satisfactory proof of loss, and Travelers refuses to pay for such loss which is in connection with Missouri's vexatious refusal statute, RSMo. § 375.420.

11. Plaintiffs were completely unable to make repairs due to the lack of funds issued by Defendant.

12. As a result of Defendant's failure to timely and adequately compensate Plaintiffs for their covered loss, they were forced to incur the expense of retaining counsel and other expenses to prosecute their claim.

13. Once Plaintiffs realized Defendant would not adjust their claim fairly, they hired Precision Construction & Roofing (hereinafter "PCR") to inspect the Property and document their findings.

14. In March of 2026, PCR inspected the Property and created a report indicating that the Property had been damaged by a storm and an estimate indicating that it would cost $599,351.20 to repair the damages resulting from the storm.

15. Subsequently, a demand for the release of unconditional tenders was sent to Travelers, along with the PCR estimate, demonstrating the losses documented therein.

16. Despite receiving this proof of loss, Defendant has yet to tender any insurance proceeds.

17. Plaintiffs attempted to recover the remaining amount of their damages from Defendant to no avail.

18. Notably, the Property has a roof consisting of slate roof tiles, which have yet to be replaced because of Defendant's refusal to tender.

19. As a result of Defendant's failure to timely and adequately compensate Plaintiffs for their substantial losses, the Property remains in a state of disrepair.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

20. Upon information and belief, Defendant's failure to timely and adequately compensate Plaintiffs for their loss, after receiving satisfactory proof of loss, was purposeful or at least negligent.

21. Upon information and belief, Defendant purposely and/or negligently misrepresented to Plaintiffs the terms and conditions of the Policy.

22. Upon information and belief, Defendant purposely or at least negligently failed to include adequate overhead and profit in its estimates of damages.

23. Plaintiffs have incurred or will incur additional expenses in repairing the Property as a result of Defendant's failure to timely compensate them for their substantial and covered losses.

### III. CAUSES OF ACTION

#### A. Breach of the Insurance Contract

24. Plaintiffs reallege and re-aver the allegations contained in paragraphs 1-23, above, as if restated herein.

25. An insurance contract, the Policy, exists between Plaintiffs and Defendant.

26. The Policy provides coverages for perils including wind and hailstorms.

27. Despite having received satisfactory proof of loss for damages caused by the storm, Defendant failed to timely tender adequate insurance proceeds as required by the Policy.

28. By failing to timely tender adequate insurance proceeds after having received satisfactory proof of a covered loss by way of its inspection, Defendant breached the Policy.

29. By failing to timely tender undisputed insurance proceeds after having received satisfactory proof of a covered loss by way of its own inspection of the Property, Defendant breached the Policy.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

30. By purposely and/or negligently misrepresenting to Plaintiffs the terms and conditions of the Policy, Defendant breached the Policy.

31. By failing to conduct the claims handling for Plaintiffs' Claim in good faith and with fair dealing, Defendant breached the Policy.

32. By failing to include adequate overhead and profit in its estimates of damages, Defendant breached the Policy.

33. Plaintiffs have suffered and continue to suffer damages as a result of these breaches of the Policy.

## B. Vexatious Refusal

34. Plaintiffs reallege and re-aver the allegations contained in Paragraphs 1-33, above, as if restated herein.

35. The actions and/or inactions of Defendant in failing to timely and adequately compensate Plaintiffs for the covered losses under the Policy were without reasonable cause or excuse—as those terms are used in conjunction with RSMo. § 375.420, making Defendant liable for statutory penalties.

36. An insurer owes a good faith duty and fair dealing to an insured and has an affirmative duty to adjust claims fairly and promptly; failing to pay a claim without reasonable cause or excuse is in violation of RSMo. § 375.420.

37. RSMo. § 375.420 imposes penalties on insurers who fail to adequately pay claims following satisfactory proof of loss.

38. Defendant is in violation of RSMo. § 375.420 for failing to provide Plaintiffs adequate payment in connection with their Claim, despite having received satisfactory proof of loss following its own inspections of the Property.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

39. Defendant's misrepresentation of the relevant facts and/or the terms of the Policy was without reasonable cause or excuse and supports a claim of vexatious refusal.

40. Defendant's failure to pay timely for damages it knew, or should have known, existed at the time of the initial adjustment of the relevant claims was without reasonable cause or excuse and supports a claim of vexatious refusal.

41. Defendant's failure to pay timely for damages it knew, or should have known, existed at the time it received its own estimate was without reasonable cause or excuse and supports a claim of vexatious refusal.

42. Defendant's failure to include adequate overhead and profit in its estimates of damages was without reasonable cause or excuse and supports a claim of vexatious refusal.

43. Defendant's handling of Plaintiff's Claim was without reasonable cause or excuse and supports a claim of vexatious refusal.

### IV. DAMAGES

44. Plaintiffs reallege and re-aver the allegations contained in Paragraphs 1-43, above, as if restated herein.

45. As a result of Defendant's breaches of contract, vexatious refusal to pay the claim without reasonable cause or excuse, and other bad acts, Plaintiffs have incurred the following, non-exclusive damages:

a. Diminution of the value of the Property;

b. Actual repair costs;

c. Reimbursement for personal repairs at the Property;

d. Actual costs related to personal property manipulation, cleaning, repair, and/or replacement;

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

e. Additional living expenses;

f. Mental anguish;

g. Penalties delineated in RSMo. § 375.420; and

h. Attorney's fees, other professional fees, and litigation costs associated with the bringing of this action.

## JURY DEMAND

46. Plaintiffs request a trial by jury.

**WHEREFORE,** Plaintiffs, Thomas Chau and Kelly Huynh, pray that, Defendant, Travelers Personal Insurance Company, be served with a copy of this Complaint and be duly cited to appear and answer the allegations contained therein, and that after expiration of all legal delays and proper legal proceedings, there be a judgment entered in favor of Plaintiffs, Thomas Chau and Kelly Huynh, and against Defendant, Travelers Personal Insurance Company, in an amount that will fully and fairly compensate Plaintiffs pursuant to the evidence and in accordance with the law, all sums with legal interest thereon, from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

**RESPECTFULLY SUBMITTED:**

*/s/ Krystal M. Gage*
Mo. Bar No. 74313
**Hair Shunnarah Trial Attorneys, LLC**
d/b/a Insurance Claim Lawyers, Inc.
d/b/a Insurance Claim HQ
3001 17th Street
Metairie, LA 70002
Phone: (504) 684-5200
Fax: (504) 613-6351
kgage@hstalaw.com

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of May, a true and correct copy of the

above and foregoing instrument was filed with the court's filing system.


/s/ *Krystal M. Gage*
Krystal M. Gage
Mo. Bar No. 74313

**26SL-CC03797**

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM


**TRAVELERS**

GOLD INSURANCE GROUP LLC
1020 HUDSON AVE
ST LOUIS, MO 63119

Exhibit A

January 14, 2025

**Your Policy**

 **615477732-653-1**
**8006 ORLANDO DR**
03/05/2025 to 03/05/2026

Log in to MyTravelers.com to manage
your policy and billing details.

THOMAS CHAU
KELLY HUYNH
1868 E EDGECOMB ST
COVINA, CA 91724-2622

# Thank you for choosing Travelers!

As a Travelers insurance customer, you have more than 150 years of experience, financial stability and superior claim service behind you, so you can feel protected – especially when you need us most.

## Review your policy renewal package

No one understands your needs better than you. So please take a moment to review and confirm your insurance policy details and documents, including:

- Your Declarations page, listing the coverage you purchased, your coverage limits and deductibles
- Other important documents, including our privacy notice, billing options and more

If you decide to rent, sell, vacate or remodel this property, please notify your agent or Travelers representative immediately to maintain the coverage you need.

## Superior Service

At Travelers, we provide fast, efficient claim service and  24/7 claim reporting. We're proud to put our talent, expertise and resolution excellence to work for you.

## A faster, easier way to manage your account

Visit **MyTravelers.com** or open the camera on your smartphone and scan the QR code below to download our mobile app, where you can:

- Manage your policy and bills
- Submit and monitor a claim



**Contact Information**
Policy questions or changes: 1.314.962.7200
24-hour claim service: 1.800.252.4633

**Additional Benefits**
As a valued customer, you may be eligible for certain programs for which you may receive goods, services, or other types of benefits. Visit  travelers.com/additionalbenefits  to learn more!

Sincerely,

*Michael Klein*

Michael Klein
President
Travelers Personal Insurance

**Take advantage of our other coverage options and multi-policy discount**


**AUTO**


**BOAT & YACHT**


**UMBRELLA**


**VALUABLES**

**Call your agent or Travelers representative at 1.314.962.7200 to find out more!**

PL-50352 (08-21)

Pltf.Chau.00001

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00002

## IMPORTANT NOTICE – POLICYHOLDER NOTICE OF COVERAGE CHANGES

Enclosed is your Quantum Home 2.0® policy renewal package. Please read the documents carefully, as your coverage has changed and may include reductions in coverage. This Important Notice provides general information. Not all of the policy forms and endorsements listed below may apply to your policy. To determine the policy forms and endorsements that apply to your policy, please refer to your Declarations. In case of any conflict between this Important Notice and your policy, your policy will govern.

We made the following revisions:

**Special Provisions – Missouri, form HQ-300 MO (04-24):**

- Under DEFINITIONS, added definitions for "digital asset" and "electronic vandalism".
- Under POLICY CONDITIONS:
  - **4. Cancellation**, paragraph **d.** has been revised to indicate that if the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within 30 days after the date cancellation takes effect.
  - Added **Prohibited Coverage – Trade Or Economic Sanctions** to state we will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to any trade or economic sanction under any law or regulation of the United States of America; or any other applicable trade or economic sanction, prohibition or restriction.
- Under PROPERTY COVERAGE SECTION, PERILS INSURED AGAINST:
  - In form **HQ-P03**, PROPERTY COVERAGE A – DWELLING, PROPERTY COVERAGE B – OTHER STRUCTURES, language has been added under **Exception to c.(6)** stating that paragraphs **a.** and **c.** under Property – Exclusion **3. Water**, which apply to surface water and water below the surface of the ground, do not apply to loss by water covered under this peril.
  - In form **HQ-P06**, PROPERTY COVERAGE A – DWELLING, language has been added under **Exception to c.(6)** stating that paragraphs **a.** and **c.** under Property – Exclusion **3. Water**, which apply to surface water and water below the surface of the ground, do not apply to loss by water covered under this peril.
- Under PROPERTY COVERAGE SECTION, PROPERTY COVERAGE C – PERSONAL PROPERTY (this is PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS in forms **HQ-P53** and **HQ-P56**):
  - In forms **HQ-P02**, **HQ-P03**, **HQ-P04** and **HQ-P06**:
    - Under **3. Special Limits of Liability**, paragraph **a.** has been revised to remove "digital currency and any related currencies used in place of money".
    - Under **4. Property Not Covered**, "digital assets" has been added.
  - In forms **HQ-P53** and **HQ-P56**, **2. Property Not Covered** paragraph **a.** has been revised to add "digital assets".
- Under PROPERTY – EXCLUSIONS, paragraph **A.** in forms **HQ-P03** and **HQ-P06** and under **PROPERTY – EXCLUSIONS** in forms **HQ-P02**, **HQ-P04**, **HQ-P53** and **HQ-P56**, an exclusion for "electronic vandalism" has been added, but if "electronic vandalism" results in loss caused by a peril insured against, the exclusion will not apply to the resulting loss or damage. In addition, this exclusion does not apply to the extent that coverage is provided under Property – Additional Coverages, **7. Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money** in forms **HQ-P02**, **HQ-P03**, **HQ-P04** or **HQ-P06**.
- Under LIABILITY – EXCLUSIONS, **B. Liability Coverage E – Personal Liability** in form **HQ-L77** and **B. Liability Coverage E – Premises Liability** in form **HQ-L88**, an exclusion has been added for any "bodily injury" or "property damage" arising out of "electronic vandalism".

PL-51538 (04-24)                                                                                           Page 1 of 2

© 2023 The Travelers Indemnity Company. All rights reserved.

Pltf.Chau.00003

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**Special Personal Property Coverage, form HQ-015 CW (08-23):**

- Under PROPERTY – PERILS INSURED AGAINST, language has been added under **Exception to c.(6)** to state that paragraphs **a.** and **c.** under Property – Exclusion **3. Water**, which apply to surface water and water below the surface of the ground, do not apply to loss by water covered under the peril of accidental discharge or overflow of water or steam.

**Identity Fraud Expense Reimbursement Coverage, form HQ-455 CW (11-23):**

- Under PROPERTY – EXCLUSIONS, language has been added to state that the "Electronic Vandalism" exclusion does not apply to the extent that coverage is provided under the Identity Fraud Expense Reimbursement Coverage endorsement.
- Editorial revisions have also been made.

**Trust Coverage, form HQ-615 CW (08-23):**

- Under DEFINITIONS, **9.** "Insured" has been revised to state Property Coverage B – Other Structures is not applicable for form **HQ-P06**.
- Editorial revisions have also been made.

**Equipment Breakdown Coverage, form HQ-855 CW (11-23):**

- Under DEFINITIONS, "Equipment Breakdown" paragraph **b.** has been revised to remove viruses and malware.
- Under PROPERTY COVERAGE SECTION, PROPERTY – ADDITIONAL COVERAGES, **5.** "**Electronic Vandalism**" has been added under **Equipment Breakdown Coverage Extensions** to provide up to $5,000 if "covered equipment" requires repair or replacement as a result of an "equipment breakdown" caused by "electronic vandalism".
- Under PROPERTY – EXCLUSIONS, language has been added to state that the "Electronic Vandalism" exclusion does not apply to the extent that coverage is provided under **Equipment Breakdown Coverage Extensions**, **5.** "**Electronic Vandalism**".

---

If you have any questions on the policy forms and endorsements that apply to your policy or if you wish to make any change, contact your agent or Travelers representative.

We appreciate your business and look forward to continuing to serve your insurance needs.

Travelers

If you wish to secure coverages from another insurance carrier, contact your insurance representative immediately.

GOLD INSURANCE GROUP LLC
1020 HUDSON AVE
ST LOUIS, MO 63119
314-962-7200

Your policy provides Fire and Extended Coverage Insurance on your property. Please be advised that you may be eligible for insurance through the:

MISSOURI PROPERTY INSURANCE PLACEMENT FACILITY
11116 S. Towne Square, #303, St. Louis, MO 63123
Phone: (314) 421-0170
Website: missourifairplan.com

If you are unable to buy coverage through the standard insurance market, an insurance producer may submit an application by mail or in person at the above address. Any excess premium must be refunded within thirty (30) days.

Pltf.Chau.00004

© 2023 The Travelers Indemnity Company. All rights reserved.

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**YOUR AGENCY**
**GOLD INSURANCE GROUP LLC**
1020 HUDSON AVE
ST LOUIS, MO 63119
PHONE: 1.314.962.7200 | FAX: (314) 962-9845



# TRAVELERS J

**YOUR POLICY**

**615477732-653-1**
**8006 ORLANDO DR**
Mar 05, 2025 to Mar 05, 2026

ⓘ **Log in to MyTravelers.com to manage
your policy and billing details.**

# You're insured!

This document is intended to help you better understand your landlord insurance. Your policy is effective from **March 5, 2025** to **March 5, 2026**. For a complete description of your coverage, please refer to your policy.

**COVERAGE A**
**Dwelling** and attached structures such as garages and decks

YOUR LIMIT
**$762,000**

**COVERAGE B**
**Other structures** such as detached garages and sheds

YOUR LIMIT *
**$76,200**

**COVERAGE C**
**Household furnishings** such as furniture and appliances

YOUR LIMIT *
**$2,057**

**COVERAGE E**
**Premises liability** for property damage and bodily injury to others

YOUR LIMIT
**$500,000**

**COVERAGE F**
**Medical payments** to others

YOUR LIMIT
**$10,000**

**COVERAGE D**
**Loss of use** for fair rental value losses

YOUR LIMIT *
**$76,200**

**Deductibles**
Amount of a covered claim that is your responsibility

| | |
|---|---|
| **Windstorm or Hail** | **$5,000** |
| **All Other Perils** | **$2,500** |

## You're receiving two discounts for a total savings of $1,045.00

- ◉ **Loss Free**
- ◉ **Good Payer**
- ○ **Multi-Policy**
- ○ **Fire Protective Device**
- ○ **Theft Protective Device**
- ○ **Water Protective Device**

**12-month total premium**

# $3,784.00

Go to **MyTravelers.com/discounts** and use product code QH2 to learn about all the discounts available to you.

\* Your Coverage B, C, and D limits are maintained as a percentage of your Coverage A limit. If your Coverage A limit changes, your Coverage B, C, and D limits will be adjusted accordingly.

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

PL-50654 (11-18)

Phi.Chau.00005

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**TRAVELERS**

As of January 14, 2025

## What does your policy typically cover?

Your policy helps protect you from a number of things that can go wrong. Here are some of the most common:



### Weather

Hail, lightning, and other weather events can damage your roof, windows, siding, and more – so can falling branches and other debris.



### Fire

Whether it's smoke damage from a small kitchen fire or extensive damage from a large, accidental fire, your policy can help you repair or rebuild your property.



### Vandalism

Your policy typically covers willful or malicious damage to your property.

**Take steps to protect your property and call us as soon as damage occurs.
For more tips, go to MyTravelers.com/prepare-prevent.**

## What isn't covered?

Your policy covers you for many types of loss or damage, but it can't protect you from everything. Some examples:



### Floods are not covered

Your policy does not cover flood damage. Please review the Important Information About Flood Damage page for more details and resources.



### Earthquake coverage is optional

Damage from earthquakes is not covered, unless you specifically purchase coverage for it. Check under the Optional Coverages and Packages section of your Policy Declarations. If you do not see this coverage listed and think you need it, please contact your agent or Travelers representative.



### Theft

Your policy typically does not cover theft of your property.

ⓘ  *Your renter's personal belongings are not covered by this policy.*

## When circumstances change, we need to know

Review your Policy Declarations to be sure the information we have is accurate. If your property, circumstances, or needs change, let us know immediately to maintain the coverage you need. Not informing us may result in a denied claim.

Contact your agent or Travelers representative if:

- Your mailing address changes
- Someone named on the policy passes away
- You sell the property or the property is vacant
- You renovate or build an addition

- You replace your roof
- You rent your property for shorter periods of time
- You stop renting your property
- Business is conducted on your property

---

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations, and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

Pltf.Chau.00006

**TRAVELERS**

# Landlord Dwelling Policy Continuation Declarations

## Named Insured and Mailing Address

THOMAS CHAU
KELLY HUYNH
1868 E EDGECOMB ST
COVINA, CA 91724-2622
TCHAU01@YAHOO.COM

## Your Agency's Name and Address

GOLD INSURANCE GROUP LLC
1020 HUDSON AVE
ST LOUIS, MO 63119

## Residence Premises

8006 ORLANDO DR
CLAYTON, MO 63105-2543

## Mortgagee Name and Address

1.  BANK OF AMERICA N.A.
    ISAOA ATIMA
    PO BOX 961291
    FORT WORTH, TX 76161-0291
    LOAN NUMBER: 0057124088

## Policy Information

| | | | |
|---|---|---|---|
| **Your Policy Number** | 615477732 653 1 | **For Policy Service** | 1.314.962.7200 |
| **Your Account Number** | 615477732 | **For Claim Service** | 1.800.252.4633 |

**Your Insurer**     TRAVELERS PERSONAL INSURANCE COMPANY
a subsidiary or affiliate of The Travelers Indemnity Company
One Tower Square, Hartford, CT 06183

**The policy period is from March 5, 2025 at 12:01 A.M. STANDARD TIME to March 5, 2026 at 12:01 A.M. STANDARD TIME at the residence premises.**

| | |
|---|---|
| **Total Premium for this Policy:** | **$3,784.00** |
| This is not a bill. You will be billed separately for this transaction. | |

## Discounts

The following discounts reduced your premium:

Loss Free                    Good Payer

## Savings Reflected in Your Total Premium:              $1,045.00

## Coverages and Limits of Liability

| **Property Coverage Section** | **Limit** |
|---|---|
| Coverage A – Dwelling | $762,000 |
| Coverage B – Other Structures | $76,200 |
| Coverage C – Household Furnishings | $2,057 |
| Coverage D – Loss of Use | $76,200 |



Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

| Liability Coverage Section | Limit |
|---|---|
| Coverage E – Premises Liability (each occurrence) | $500,000 |
| Coverage F – Medical Payments to Others (each person) | $10,000 |

## Deductibles

| Peril Deductible | Deductible |
|---|---|
| Property Coverage Deductible (All Other Perils) | $2,500 |
| Windstorm or Hail Deductible | $5,000 |

*In case of loss under the Property Coverage Section, only that part of the loss over the applicable deductible will be paid (up to the coverage limit that applies).*

## Additional Coverages

*The limit shown for each of the Additional Coverages is the total limit for each loss in that category.*

| Property – Additional Coverages | Limit |
|---|---|
| Debris Removal (Additional % of damaged covered property limit) | 5% |
| Trees, Shrubs and Other Plants (5% of Coverage A - Dwelling Limit) | Per Tree $500 Per Loss $38,100 |
| Fire Department Service Charge | $500 |
| Loss Assessment | $1,000 |
| Ordinance or Law (10% of Coverage A - Dwelling Limit) | $76,200 |
| Limited Fungi or Other Microbes Remediation | $5,000 |

*The applicable policy deductible applies unless otherwise noted.*

| Liability – Additional Coverages | Limit |
|---|---|
| Loss Assessment | $1,000 |

*Please review your policy for other Personal Property Special Limits of Liability and Additional Coverages that may apply.*

## Optional Coverages

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Special Coverage | HQ-003 CW (05-18) | | Included* |
| Water Back Up and Sump Discharge or Overflow Coverage | HQ-208 CW (08-20) | $5,000 | Included* |
| Additional Interests Coverage Residence Premises | HQ-310 CW (05-17) | | Included* |

Interest: Property manager
Name: DECA PROPERTY MANAGEMENT LLC
Address:
8930 GRAVOIS RD, SAINT LOUIS, MO 63123-4624

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**TRAVELERS**

| | |
|---|---|
| Named Insured    THOMAS CHAU | Policy Number    615477732 653 1 |
| KELLY HUYNH | |
| Policy Period        March 5, 2025 to March 5, 2026 | Issued On Date   January 14, 2025 |

## Optional Coverages (continued)

| Optional Coverages | Endorsement | Limit | Premium |
|---|---|---|---|
| Interest: LLC<br>Name: KIRIBATI LLC<br>Address:<br>1868 E EDGECOMB ST, COVINA, CA 91724-2622 | | | |
| Windstorm or Hail Deductible | HQ-313 CW (05-17) | | Included* |
| Additional Replacement Cost Protection Coverage | HQ-420 MO (11-18) | $190,500 | Included* |
| 25% of Coverage A - Dwelling Limit | | | |

*Note: The additional cost or premium reduction for any optional coverage or package shown as "Included" is contained in the Total Policy Premium Amount.*

## Required Forms and Endorsements Included in Your Policy:          Form: 653

| | |
|---|---|
| Policy Quick Reference | HQ-T88 CW (05-17) |
| Agreement, Definitions & Policy Conditions | HQ-D88 CW (05-17) |
| Property Coverage Section | HQ-P53 CW (11-18) |
| Liability Coverage Section | HQ-L88 CW (08-20) |
| Signature Page | HQ-S99 CW (05-17) |
| Special Provisions - Missouri | HQ-300 MO (04-24) |
| Property and Casualty Insurance Guaranty Association | HQ-393 MO (05-17) |
| Notification of Coverage Limitations - Missouri | |
| Additional Benefits | HQ-860 CW (08-18) |

**The Declarations along with the Optional Coverages, Optional Packages and Required Forms and Endorsements listed above form your Landlord Dwelling Insurance Policy.
Please keep these documents for reference.**

## Information About Your Property

There are many factors that determine the premium on your policy, some of which are displayed below. If you would like a policy review, please contact your agent or Travelers Representative.

| | | |
|---|---|---|
| Year Built: 1935 | Garage Type: Detached | Pool: No |
| # of Families: 2 Family | Square Footage: 3252 | Age of Roof: 11 |
| # of Stories: 2 | Construction Type: Frame | Roof Square Footage: 1779 |
| # of Bathrooms: 02 | Siding Type: Masonry Veneer | Tree Overhang: 0% |
| # of Employees: | Foundation Type: Basement | Roof Material Type: Clay or Concrete Tile |
| Garage - Number of Cars: 1 | Finished Basement: 00 | |

We may also use aerial imagery to determine some of the home characteristics that impact your premium. The Aerial Image date used for your policy is 08/27/2024. If there have been changes to your property, please contact your agent or Travelers representative.

Issued on 01-14-2025

Pltf.Chau.00009

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM



---

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

We want to make sure we are using accurate information to rate your policy.  Because you are the most familiar with your home we need your help to make sure that the information on your Declarations is accurate and complete.  If any of the information on your Declarations has changed, appears incorrect or is missing, please advise your agent or Travelers representative.   We also need you to check our website at www.mytravelers.com/discounts to ensure that you are receiving all of the discounts for which you are eligible. Once at the website, type in your policy number 6154777326531 and product code QH2 to view all available discounts.  Should you have any questions about the information on your Declarations or your discounts, please call your agent or Travelers representative.

We have increased the coverage limit on your home by 4.400% to reflect the estimated cost to rebuild your home. Each home is unique and you know your home best. Your coverage amount may need to be adjusted, higher or lower, based on your home's specific construction details, updates or upgrades. Have you recently made any home improvements, such as upgraded your kitchen or bath, or completed a finished living area in your basement? Have you added an extra room or built a deck? These changes can significantly increase the replacement cost value of your home. It is important to make sure your policy affords appropriate coverage and limits to reflect your home's replacement cost value in the event of a total loss. If you disagree with your coverage limit, please contact your Travelers representative or agent who can work with you to help you decide the appropriate amount of insurance for your home and process any necessary adjustments.

SPECIAL WINDSTORM DEDUCTIBLE APPLIES: SEE ENDORSEMENT HQ-313.

We use Insurance Score as one factor in determining the premium on our policies.  If you would like to have your Insurance Score updated, please call 1.314.962.7200.

## SPECIAL PROVISIONS – MISSOURI

**This Endorsement Changes The Policy. Please Read It Carefully.**

In this policy, the following is added under any provision which uses the term actual cash value:

Actual cash value means the value of the covered property at the time of loss or damage.

When calculating actual cash value using the estimated cost to repair or replace such property, with a reasonable deduction for depreciation that occurred before such loss or damage, we may apply depreciation to all components of the estimated cost, including the following:

a. Materials;

b. Labor;

c. Overhead and profit; and

d. Any applicable tax.

The deduction for depreciation may include such considerations as:

a. Age;

b. Condition, such as wear and tear or deterioration;

c. Reduction in useful life; and

d. Obsolescence.

**DEFINITIONS**

In this policy, the following definitions are added:

"Digital asset" means any of the following:

a. Non-fungible token, meaning any unique or semi-unique unit of data, digital file or token or other digital identifier that is recorded in a digital ledger, such as blockchain; or

b. Digital currency, meaning any exclusively digital, electronic or virtual currency, including crypto currency, that is a representation of value and may be used as a medium of exchange or held as an investment.

"Electronic vandalism" means:

a. Willful or malicious destruction of computer programs, content, instructions or other electronic or digital data stored within computer systems.

b. Unauthorized computer code or programming that:

(1) Deletes, distorts, corrupts or manipulates computer programs, content, instructions or other electronic or digital data, or otherwise results in damage to

computers or computer systems or networks to which it is introduced;

(2) Replicates itself, impairing the performance of computers or computer systems or networks;

(3) Gains remote control access to data and programming within computers or computer systems or networks to which it is introduced, for uses other than those intended for authorized users of the computers or computer systems or networks; or

(4) Introduces a virus, harmful code or similar instruction into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

c. Any other unauthorized access to or use of computers or computer systems or networks, including data and programming within such computers or computer systems or networks; or

d. A denial of service attack that restricts, prevents or disrupts access to or use of any computer or computer system or network, or otherwise disrupts the normal functioning or operation of any computer or computer system or network.

**POLICY CONDITIONS**

4. **Cancellation** is replaced by the following:

4. **Cancellation.** This policy may be cancelled during the policy period as follows:

a. A named "insured" shown in the Declarations may cancel this policy by:

(1) Returning this policy to us; or

(2) Giving us advance notice of the date cancellation is to take effect.

We may accept another form of notice from a named "insured". The cancellation by a named "insured" will be binding on any other named "insured".

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Ptr.Chau.00011

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

you, electronically transmitted to you, if permissible by law, or mailed to you at your mailing address shown in the Declarations. Proof of mailing or electronic transmission will be sufficient proof of notice. We will also deliver or mail a copy of the notice to any Additional Insured named in the Declarations.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to us, our agent, or under any finance or credit plan;

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect; or

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

We may cancel this policy by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 30 days after the date cancellation takes effect.

The following is added under **5. Nonrenewal**:

No additional Nonrenewal provisions apply to this policy.

The following is added under **7. Subrogation**:

If payment is made to an innocent co-"insured" for a loss arising from an act of domestic violence, the rights of that "insured" to recover against the perpetrator are transferred to us to the extent of our payment. Following the loss, the innocent co-"insured" may not waive such rights to recover against the perpetrator of the domestic violence.

If this Special Provisions – Missouri is used with form **HQ-D77**, **8. Death** paragraph **b.** is replaced by the following:

**8. Death.**

**b.** "Insured" includes:

(1) An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property:

(a) The person having proper temporary custody of the property until appointment and qualification of a legal representative; or

(b) The grantee beneficiary designated under a beneficiary deed, which has been properly recorded prior to the death of the grantor, but only for the period from the date of the person's death until the first of the following occurs:

(i) A period of 30 days from the date of the "insured's" death;

(ii) The date that alternative coverage is obtained on such property; or

(iii) The end of the policy period as shown in the Declarations.

If this Special Provisions – Missouri is used with form **HQ-D88**, **8. Death** paragraph **b.** is replaced by the following:

**8. Death.**

**b.** With respect to your property, "insured" will then also include:

(1) The person having proper temporary custody of the property until appointment and qualification of a legal representative; or

(2) The grantee beneficiary designated under a beneficiary deed, which has been properly recorded prior to the death of the grantor, but only for the period from the date of the person's death until the first of the following occurs:

(i) A period of 30 days from the date of the "insured's" death;

(ii) The date that alternative coverage is obtained on such property; or

(iii) The end of the policy period as shown in the Declarations.

The following is added under Policy Conditions:

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Htr.Chau.00012

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**Prohibited Coverage – Trade Or Economic Sanctions.** We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

**a.** Any trade or economic sanction under any law or regulation of the United States of America; or

**b.** Any other applicable trade or economic sanction, prohibition or restriction.

## PROPERTY COVERAGE SECTION

## PERILS INSURED AGAINST

**PROPERTY COVERAGE A – DWELLING PROPERTY COVERAGE B – OTHER STRUCTURES**

When this Special Provisions – Missouri is used with Form **HQ-P03**, the following is added under **Exception to c.(6)**:

Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

## PROPERTY COVERAGE A – DWELLING

When this Special Provisions – Missouri is used with form **HQ-P06**, the following is added under **Exception to c.(6)**:

Property – Exclusion **3.** Water, paragraphs **a.** and **c.** that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

**PROPERTY COVERAGE C – PERSONAL PROPERTY** (this is **PROPERTY COVERAGE C – HOUSEHOLD FURNISHINGS** in forms **HQ-P53** and **HQ-P56**)

When this Special Provisions – Missouri is used with forms **HQ-P02**, **HQ-P03**, **HQ-P04** or **HQ-P06**, **3. Special Limits of Liability** paragraph **a.** is replaced by the following:

**3.  Special Limits of Liability.**

**a.** Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards and gift certificates.

When this Special Provisions – Missouri is used with forms **HQ-P02**, **HQ-P03**, **HQ-P04** or **HQ-P06,** the following is added under **4. Property Not Covered**:

**4.  Property Not Covered.**

"Digital assets".

When this Special Provisions – Missouri is used with forms **HQ-P53** or **HQ-P56**, **2. Property Not Covered** paragraph **a.** is replaced by the following:

**2.  Property Not Covered.**

**a.** Money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards, smart cards, gift certificates and "digital assets".

When this Special Provisions – Missouri is used with form **HQ-P03**, **PERILS INSURED AGAINST PROPERTY COVERAGE A – DWELLING PROPERTY COVERAGE B – OTHER STRUCTURES** and when this Special Provisions – Missouri is used with form **HQ-P06**, **PERILS INSURED AGAINST PROPERTY COVERAGE A – DWELLING**, the following is added under paragraph **2.c.(6)(e)**:

In this provision, any reference to "pollutants" applies even if the irritant or contaminant has a function with respect to your property or "business".

## PROPERTY – ADDITIONAL COVERAGES

When this Special Provisions – Missouri is used with forms **HQ-P02**, **HQ-P03**, **HQ-P04**, or **HQ-P06**, **12. Ordinance or Law** paragraph **c.** is replaced by the following and when this Special Provisions – Missouri is used with forms **HQ-P53** or **HQ-P56**, **9. Ordinance or Law** paragraph **c.** is replaced by the following:

**c.** We do not cover:

**(1)** Stigma damages or any actual or perceived reduction or diminution in value to any covered building or other structure due to the requirements of any ordinance or law; or

**(2)** The costs to comply with any ordinance or law which requires an "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants" in or on any covered building or other structure. This exception applies even if the irritant or contaminant has a function with respect to your property or "business".

## PROPERTY – EXCLUSIONS

The last paragraph of **1. Ordinance or Law** is replaced by the following:

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Htr.Chau.00013

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

This Exclusion applies whether or not the property has been physically damaged or even if the irritant or contaminant has a function with respect to your property or "business".

9. **Intentional Loss** is replaced by the following:

9. **Intentional Loss,** meaning:

a. Any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

b. This exclusion will not apply to deny payment to an innocent co-"insured", victim of domestic violence when such coverage would otherwise be excluded under this provision if the "insured":

(1) Files a police report; and

(2) Completes a sworn affidavit for us that indicates both:

(a) The cause of the loss; and

(b) A pledge to cooperate in any criminal prosecution of the person committing the act causing the loss.

If payment is made pursuant to paragraph **b.**, payment to the innocent co-"insured" may be limited to such innocent co-"insured's" ownership interest in the property as reduced by any payment to a mortgagee or other secured interest. We will not be required to make any subsequent payment to any other "insured" for the part of any loss for which the innocent co-"insured" has received payment. In no event will we pay more than the limit of liability.

11. **"Fungi" or Other Microbes** is replaced by the following:

11. **"Fungi", Other Microbes or Rot,** meaning any loss or cost resulting from, arising out of, caused by, consisting of or related to "fungi", other microbes or rot.

This exclusion does not apply to:

a. "Fungi" or other microbes remediation coverage that may be afforded under Property – Additional Coverage **16.** Limited "Fungi" or Other Microbes Remediation (this is Property – Additional Coverage **11.** Limited "Fungi" or Other Microbes Remediation in forms **HQ-P53** and **HQ-P56**); or

b. "Fungi", other microbes or rot that results from fire or lightning.

The following exclusion is added under **PROPERTY – EXCLUSIONS**, paragraph **A.** in forms **HQ-P03** and **HQ-P06,** and the following exclusion is added under **PROPERTY – EXCLUSIONS** in forms **HQ-P02, HQ-P04, HQ-P53** and **HQ-P56**:

"Electronic Vandalism", but if "electronic vandalism" results in loss caused by a peril insured against, other than vandalism that is "electronic vandalism", this exclusion will not apply to the resulting loss or damage.

This "electronic vandalism" exclusion does not apply to the extent that coverage is provided under Property – Additional Coverages, **7.** Credit Card, Electronic Fund Transfer Card or Access Device, Forgery and Counterfeit Money in forms **HQ-P02, HQ-P03, HQ-P04** or **HQ-P06**.

**PROPERTY – CONDITIONS**

2. **Duties After Loss** paragraph **a.** is replaced by the following:

2. **Duties After Loss.**

a. Give us prompt notice. With respect to a loss caused by the peril of windstorm or hail, that notice must occur no later than one year after the date of loss. If you fail to notify us of your intent within the one year timeframe, such failure will not invalidate the claim unless our rights are prejudiced by such failure;

When this Special Provisions – Missouri is used with forms **HQ-P02, HQ-P03,** or **HQ-P53,** paragraph **3.b.(5)** under **3. Loss Settlement** is replaced by the following:

3. **Loss Settlement.**

(5) You may disregard Property – Condition **3.** Loss settlement **b.** and make claim under this policy for loss to buildings on an actual cash value basis. You may then make claim for any additional liability according to the provisions of this Property – Condition **3.** Loss Settlement, provided you notify us, within 180 days after the date of loss, of your intent to repair or replace the damaged building. However, no claim will be denied based upon the "insured's" failure to provide notice within such specified time, unless this failure operates to prejudice the rights of the insurer, as per Missouri regulation 20CSR100-1.020.

When this Special Provisions – Missouri is used with forms **HQ-P02, HQ-P03** and **HQ-P53, 3. Loss Settlement** paragraphs **c.(2)** and **c.(3)** are deleted.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Htr.Chau.00014

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

7.   **Appraisal** is replaced by the following:

7.   **Appraisal.** If you or we fail to agree on the actual cash value or the amount of the loss, an appraisal of the loss may take place. On the written request of either, each party will select a competent and impartial appraiser within 20 days after receiving the request from the other. The two appraisers will choose an umpire. If they cannot agree on an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set both the actual cash value and the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the actual cash value or the amount of loss. If the appraisers fail to agree, they will submit their differences to the umpire. The umpire will make the award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will set the amount of the actual cash value and loss.

Each party will:

a.   Pay its own appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

9.   **Suit Against Us** is replaced by the following:

9.   **Suit Against Us.** No action can be brought against us unless there has been full compliance with all of the terms of the Property Coverage Section of this policy and the action is started within 10 years after the date of loss.

## LIABILITY COVERAGE SECTION
## LIABILITY – ADDITIONAL COVERAGES

The following is added under **1. Claim Expenses**:

1.   **Claim Expenses.**

e.   Prejudgment interest awarded against an "insured" on that part of the judgment we pay. If we make an offer to pay the applicable limit of liability, we will not pay any prejudgment interest based on that period of time after the offer.

## LIABILITY – EXCLUSIONS

When this Special Provisions – Missouri is used with form **HQ-L77** under **A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others** and form **HQ-L88** under **A. Liability Coverage E – Premises Liability and Coverage F – Medical Payments to Others**, the following exclusion is added:

"Bodily injury" or "property damage" arising out of failure to supervise or the negligent supervision of a person that results in one or more of the excluded events in Liability – Exclusions **3.**, **10.** and **16.** in form **HQ-L77**, and in Liability – Exclusions **3.** and **11.** in form **HQ-L88**.

When this Special Provisions – Missouri is used with form **HQ-L77** under **A. Liability Coverage E – Personal Liability and Coverage F – Medical Payments to Others**, the following exclusion is added:

"Bodily injury" or "property damage" arising out of any written or oral statement made by you or others on your behalf which is material to any financial transaction.

When this Special Provisions – Missouri is used with form **HQ-L77**, under **B. Liability Coverage E – Personal Liability** the following exclusion is added, and when this Special Provisions – Missouri is used with form **HQ-L88**, under **B. Liability Coverage E – Premises Liability** the following exclusion is added:

"Bodily injury" or "property damage" arising out of "electronic vandalism".

All other provisions of this policy apply.

© 2023 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Htt.Chau.00015

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00016

HQ-313 CW (05-17)

## WINDSTORM OR HAIL DEDUCTIBLE

**This Endorsement Changes The Policy. Please Read It Carefully.**

**PROPERTY COVERAGE SECTION**

**PROPERTY – CONDITIONS**

The following deductible is added under **4.** Loss Deductible:

**4.   Loss Deductible.**

**Windstorm or Hail Deductible.**

The Windstorm or Hail Deductible shown in the Declarations replaces any other deductible provision in this policy with respect to loss caused directly or indirectly by the peril of windstorm or hail.

We will pay only that part of the total of all loss payable, for any one loss, under the Property Coverage Section of this policy that exceeds the Windstorm or Hail Deductible shown in the Declarations.

No other deductible applies to loss or damage caused by windstorm or hail.

All other provisions of this policy apply.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Htl.Chau.00017

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00018

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

## Important Information About Flood Damage

Many people find out too late that their property is at risk of flooding, or that their property insurance does not cover flood damage.

> **YOUR TRAVELERS HOMEOWNERS POLICY <u>DOES NOT</u> COVER FLOOD LOSS TO YOUR HOME OR ITS CONTENTS.**

While we don't offer flood insurance, we believe it's up to you to decide if you need the specialized coverage it offers to help protect your home or condo.

**If you think you need flood insurance:**

- Contact your insurance agent, GOLD INSURANCE GROUP LLC at 314-962-7200.
- Learn about the National Flood Insurance Program at <u>floodsmart.gov</u> or call 877-336-2627.
- Even if you already have a flood policy, you may want to ensure it is up to date.

PL-50369 (10-23)

This information is intended for general education purposes only. All statements herein are subject to the provisions, exclusions and conditions of the applicable policy. For an actual description of all coverages, terms and conditions, refer to the insurance policy.

Pltf.Chau.00019

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00020

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

# Deductibles: Things You Should Know

## What is a deductible?

The amount of a covered claim that is your responsibility.

## How is a deductible applied to a covered claim?

If you have a loss or damage, the amount that exceeds the applicable deductible will be paid, up to the coverage limit that applies. If the amount of your loss or damage is less than any applicable deductible no payment will be made.

## Can my policy have more than one deductible that applies to a covered claim?

Yes, your policy may have different deductibles that apply to different kinds of losses. For most types of losses the Property Coverage Deductible, also called the All Other Perils Deductible, will apply when you have a loss or damage. Your policy may also include other deductibles that will apply if you have a loss or damage from certain types of loss or from specific perils such as earthquakes, hurricanes, windstorm or hail.

## Your policy deductibles are:

| | |
|---|---|
| Property Coverage Deductible (All Other Perils) | $2,500 |
| Windstorm or Hail Deductible | $5,000 |

If more than one deductible applies, you will only be responsible for the largest deductible amount.

---

### Examples of how deductibles work
#### (for illustrative purposes only)

## Example*

- Your Coverage A - Dwelling limit is $100,000
- Your All Other Peril Deductible is $1,000
- Your specific peril deductible (i.e. Hurricane Deductible) is 2% of your Coverage A - Dwelling limit (.02 x $100,000 = $2,000)

| Scenario 1<br>*fire loss* | | Scenario 2<br>*hurricane loss*<br>*(percentage deductible)* | | Scenario 3<br>*loss below your deductible* | |
|---|---|---|---|---|---|
| Covered damage to your dwelling | $2,500 | Covered damage to your dwelling | $2,500 | Covered damage to dwelling | $500 |
| Covered damage to personal property | $500 | Covered damage to personal property | $500 | Covered damage to personal property | $250 |
| Total covered damage | $3,000 | Total covered damage | $3,000 | Total covered damage | $750 |
| Deductible amount | $1,000 | Hurricane Deductible (2% of Coverage A) | $2,000 | Deductible amount | $1,000 |
| Amount insurance would pay | $2,000 | Amount insurance would pay | $1,000 | Amount insurance would pay | $0 |

*\* Your policy's coverage limits and the dollar amount of your deductible(s) may be higher or lower than the amounts shown in these examples. Please refer to your Policy Declarations for your policy's actual deductible(s) amounts.*

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

Pltf.Chau.00021

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

## Specific Peril Deductibles: Additional Important Information

Specific peril deductibles may be a set dollar amount or may be a percentage of a policy coverage limit. A percentage deductible is determined by multiplying a policy coverage limit such as Coverage A - Dwelling by the percentage amount shown in your Policy Declarations.

---

### Windstorm or Hail Deductible

Your policy insures against the peril of windstorm or hail. Your Windstorm or Hail Deductible will apply to the total of the loss payable under the Property Coverage Section of your policy. This deductible will replace any other deductible when covered loss or damage is caused directly or indirectly by windstorm or hail.

**What is my Windstorm or Hail Deductible?**
Your Windstorm or Hail Deductible is $**5,000**.

See your Policy Declarations and Windstorm or Hail Deductible endorsement for further details. If your coverage limit(s) changes, your Windstorm or Hail Deductible may also change.

---

**Please read your Policy carefully. If you have any questions, please contact your agent or a Travelers insurance representative.**

**This is not a policy document and does not change any provisions of your policy. There are exclusions, limitations and conditions that apply to each coverage. If there is any conflict between your policy and this information, the provisions of your policy will apply.**

PL-50433 (01-22)

Pltf.Chau.00022

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

# PRIVACY NOTICE

## Privacy Statement for Individual U.S. Personal Insurance Consumers

Your privacy is important to us. When we quote or sell an insurance policy to a person, we get information about the people and property that we're insuring. This Privacy Notice describes the types of information about you ("personal information") we collect, where we get it, and how we use, share and protect it. It applies to current and former Travelers personal insurance customers in the United States.

A few key points include:

- We collect personal information from you, your agent, and from third parties
- We will not share your personal information with others for their marketing purposes without your permission
- We maintain safeguards designed to help prevent unauthorized use, access and disclosure of personal information

| What type of information do we collect? | You give us most of what we need in the application process. To make sure what we have is correct, or to obtain additional information, we may need to check back with you. For example, you may be asked to give us more details in writing, via e-mail or over the phone. In addition, we may obtain other information, including but not limited to the following: |
|---|---|
| | <ul><li>Information from consumer reporting agencies and other insurance support organizations to the extent permitted by law. This may include items such as credit history, credit-based insurance score, driving record, accident and motor vehicle conviction history, and claim history. Information given to us by an insurance support organization, including consumer reporting agencies, may be retained by them and disclosed to others.</li><li>Your past insurance history, including information about your policies and claims, from insurance support organizations or your former insurers.</li><li>Information regarding your property. We may obtain this through third party reports and through a property inspection. We or an independent inspector may visit the property to inspect its condition, or we may use an unmanned aircraft system. We may obtain geospatial information, and take pictures or video. If we need more details about the property, we may need to schedule an interior inspection.</li><li>Information from government agencies or independent reporting companies.</li><li>Other third party data relating to the insured risk, such as possible drivers and vehicles associated with your household and odometer readings associated with any vehicle(s).</li><li>In some instances, we may need to know about your health. For example, if we need to know whether a physical limitation will affect your ability to drive, we may ask for a statement from your doctor.</li></ul> |

Pltf.Chau.00023

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

| | |
|---|---|
| **How do we use your personal information?** | We use the personal information we collect to sell, underwrite and rate, service and administer insurance; to handle claims; to create and market products and services; to prevent and detect fraud; to satisfy legal or regulatory requirements; and for other business purposes and as otherwise allowed by law. |
| | Once you're insured with us, we will retain details about your policy(ies). This may include, among other things, bill payment, transaction or claim history and details, as well as other information. |
| | When you give us a telephone number, you consent to being contacted at that number, including if the number is for a cell phone or other wireless device. We may contact you in person, by recorded message, by the use of automated dialing equipment, by text (SMS) message, or by any other means your device is capable of receiving, to the extent permitted by law and for reasonable business purposes, including to service your policy or alert you to other relevant information. |
| **How do we share your personal information?** | We do not give or sell your personal information to nonaffiliated third parties for their own marketing purposes without your prior consent. |
| | We may give the personal information we collect to others to help us conduct, manage or service our business. When we do, we require them to use it only for the reasons we gave it to them. We may give, without your past permission and to the extent permitted by law, personal information about you to certain persons or organizations such as: your agent or insurance representative; our affiliated property and casualty insurance companies; independent claim adjusters or investigators; persons or organizations that conduct research; insurance support organizations (including consumer reporting agencies); third party service providers; another insurer; law enforcement; state insurance departments or other governmental or regulatory agencies; or as otherwise required or permitted by law. Information we share with insurance support organizations, such as your claims history, may be retained by them and disclosed to others. |
| | We may also share your personal information: to comply with legal process; to address suspected fraud or other illegal activities; or to protect our rights, privacy, safety or property, and/or that of you or others. |
| **How do we protect your personal information?** | We maintain physical, electronic and administrative safeguards designed to help protect personal information. For example, we limit access to personal information and require those who have access to use it only for legitimate business purposes. |

Plt.Chau.00024

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

| How can I review and correct the personal information you have about me? | If you have questions about what personal information we maintain about you, please make your request in writing and include your full name, mailing address, phone number and policy number. When we receive your written request, we will respond within thirty (30) business days. We will describe the personal information we maintain, whom we know we've shared it with in the last two (2) years, and how you may request a correction, if necessary. If we requested a consumer report, we will tell you the name and address of the consumer reporting agency. |
|---|---|
| | You may also see and copy the information we have, except for certain documents about claims and lawsuits. If you believe our information is incorrect, let us know in writing. We will review it, and, if we agree, we will correct it, notify you, and send a correction letter to anyone who received the original information. If we do not agree, you are allowed to file a letter with your comments. |
| | For questions about the right of access or correction to your information, please write to: Travelers, One Tower Square, Hartford, CT 06183, Attn: Privacy Office. |

This notice is given by The Travelers Indemnity Company and its personal insurance property casualty affiliates.

This notice may be amended at any time. The most current version will be posted on Travelers.com.

A statement concerning our use of Insurance Score is available on request for Oregon residents.

Last revised December 2016

PL-50430 (05-17)                                                                                    Page 3 of 3

Pltf.Chau.00025

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00026

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

## Important Notice about Billing Options and Disclosures

This notice contains important information about our billing options and charges.

You have chosen to pay your insurance premium in monthly installments by Electronic Funds Transfer (EFT). Please note that a service charge of $2.00 will apply per installment. In the event that your payment is returned by your bank, it may result in the automatic conversion of your account from Electronic Funds Transfer (EFT) to Bill by Mail / Email.

To sign up for AutoPay or change your Bill Plan option, visit MyTravelers.com, Mobile App or contact your Travelers insurance representative or agent.

| Bill Plan | Monthly | Pay in Full |
|---|---|---|
| Electronic Funds Transfer (EFT) | $2.00 | No Charge |
| Recurring Credit Card (RCC) | $4.00 | No Charge |
| Bill by Mail / Email | $5.00 | No Charge |

Late Charge: $10.00 per occurrence
Payments returned by your bank: $15.00 per occurrence

In the event two payments are returned during a 12 month period you will be required to pay with guaranteed funds for 182 days from the date of the last returned payment. Guaranteed funds are credit card, bank check, money order or home banking payments. Other forms of payment will be returned. You will not be eligible to use our Electronic Funds Transfer (EFT) or Recurring Credit Card (RCC) payment plans.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

If you have multiple policies with us you may be able to combine those policies into a single billing account. If you have selected one of our monthly billing options, and you combine your policies into a single billing account, you will be charged just one service charge per installment, and not per individual account.

To add this policy to an existing billing account or if you have other questions about this notice, please call your insurance representative at 1-314-962-7200.

Pltf.Chau.00027

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

Pltf.Chau.00028

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

**26SL-CC03797**

# In the
# CIRCUIT COURT
## Of St. Louis County, Missouri

┌ For File Stamp Only ┐

__THOMAS CHAU AND KELLY HUYNH__
Plaintiff/Petitioner

_____
Date

vs.

_____
Case Number

__TRAVELERS PERSONAL INSURANCE COMPANY__
Defendant/Respondent

_____
Division

└ ┘

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiffs, Thomas Chau and Kelly Huynh__, pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Stephen R. Waters, Waterland Litigation Services, LLC, 1909 Tanner Bridge Rd, Jefferson City, MO 65101 (573) 645-0627
Name of Process Server          Address                              Telephone

_____
Name of Process Server          Address or in the Alternative        Telephone

_____
Name of Process Server          Address or in the Alternative        Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Travelers via CSC-Lawyers Incorporating Service Company
Name
221 Bolivar Street
Address
Jefferson City, Missouri, 65101
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
Deputy Clerk

_____
Date

/s/ Krystal M. Gage
_____
Signature of Attorney/Plaintiff/Petitioner
74313
Bar No.
3001 17th Street, Metairie, LA 70002
Address
(504) 684-5200          (504) 613-6351
Phone No.                              Fax No.

CCADM62-WS    Rev. 07/22

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS     Rev. 07/22

Electronically Filed - St Louis County - May 15, 2026 - 02:13 PM

# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>STANLEY JAMES WALLACH | Case Number:  26SL-CC03797 |
| Plaintiff/Petitioner:<br>THOMAS CHAU<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>KRYSTAL GAGE<br>20 WELLESLY CT.<br>MAGNOLIA, TX  77355 |
| Defendant/Respondent:<br> TRAVELERS PERSONAL<br>INSURANCE COMPANY | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Breach of Contract | (Date File Stamp for Return) |

**The State of Missouri to:**    **TRAVELERS PERSONAL INSURANCE COMPANY**
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*ST. LOUIS COUNTY*

| 15-MAY-2026 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____  _____

Date                              Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.   However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.   Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.   The services are provided by individuals and organizations who may charge a fee for this help.   Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.   The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

CCADM73

**(2)** __Mediation:__ A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

**(3)** __Early Neutral Evaluation ("ENE"):__ A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4)** __Mini-Trial:__ A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5)** __Summary Jury Trial:__ A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County

Civil Department

105 South Central Avenue, Clayton, MO 63105

Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.

Phone: 314-615-8029


SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Case Number: 26SL-CC03797

Electronically Filed - ST LOUIS COUNTY - May 19, 2026 - 02:53 PM

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:

_Lauren Shipley_ (name) _Designated Agent_ (title).

☐ other: _____.

Served at _221 Bolivars St. #106, Jefferson City_ (address) in _Cole_ (County/~~City of St. Louis~~), MO, on _May 19, 2026_ (date) at _12:00 p.m._ (time).

_Stephen R. Waters_                    _[signature]_
Printed Name of Officer or Server          Signature of Officer or Server

MERLE THOMPSON
Notary Public - Notary Seal
State of Missouri
Commissioned for Cole County
My Commission Expires: August 24, 2029
Commission Number: 21957661

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _5/19/26_ (date).
My commission expires: _8/24/29_    _[signature]_
                        Date          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.